**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E Contreras,<br><br>    Plaintiff,<br><br>v.<br><br>City of Nogales, et al.,<br><br>    Defendants. | No. CV-20-00199-TUC-DCB<br><br>**ORDER** |

There being no objection and the Court finding good cause,

**IT IS ORDERED** that the Motion to Amend the Complaint (Doc. 26) is GRANTED.

**IT IS FURTHER ORDERED** that within seven days of the filing date of this Order, the Plaintiff shall file the First Amended Complaint to add a new Defendant, John Michael Reid, MD, and allegations of law and fact to allege respondeat superior liability by Tucson Holdings, LLC's for Defendant Reid's actions.

Dated this 6th day of July, 2021.

_____
Honorable David C. Bury
United States District Judge