**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E Contreras, | No. CV-20-00199-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

The Court having considered the City Defendants' Motion To Exceed Page Limitation (Motion), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the City Defendants' Motion to Exceed Page Limit for Re: Reply (Doc. 113) is GRANTED.

**IT IS FUTHER ORDERED** that the Clerk of the Court shall file into the record the LODGED City Defendants' Reply to Plaintiff's Response in opposition to City Defendants' Motion For Summary Judgement.

Dated this 18th day of April, 2022.

Honorable David C. Bury
United States District Judge