**JELLISON & ROBENS, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jrlawaz.com
JAMES M. JELLISON, ESQ. #012763
E-mail : mark@jrlawaz.com
MARK J. ROBENS, ESQ., #007213
*Attorneys for City Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E. Contreras,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Nogales, Officer Andres Palafox, in his official and individual capacities; Officer Martin Quezada, in his official and individual capacities, HCH Tucson Holdings LLC d/b/a Carondelet Holy Cross Hospital, John Michael Reid, MD,<br><br>            Defendants. | Case No.:   4:20-cv-00199-DCB-PSOT<br><br>**NOTICE OF INTERLOCUTORY APPEAL** |

   NOTICE is hereby given that Defendant, City of Nogales, Officer Andres Palafox, in his official and individual capacities and Officer Martin Quezada, in his official and individual capacities, pursuant to A.R.S. §12-2101, hereby appeal this case to the 9th Circuit Court of Appeals from the District Court's final Order (Doc. 123) entered in this case on September 8, 2022,

1

specifically, the Court's denial of qualified immunity in Count I: Fourth Amendment excessive force claim against Palafox and Quezada and the Fourth Amendment false arrest claim against Palafox and Quezada.

DATED this 4th day of October, 2022.

JELLISON & ROBENS, PLLC

By: /s/ *James M. Jellison*
James M. Jellison, Esq.
Mark J. Robens, Esq.
*Attorneys for Defendant City of Buckeye*

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 4, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Elizabeth D. Tate
Elizabeth D. Tate, Attorney at Law
2953 N. 48th Street
Phoenix, Arizona 85016
attorneyelizabethtate@yahoo.com
*Attorney for Plaintiff*

Jeffrey L. McLerran
Melissa San Angelo
Gust Rosenfeld, PLC
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
msanangelo@gustlaw.com
*Attorneys for Defendant HCH Tucson Holdings LLC dba Carondelet Holy Cross Hospital*

Dominique Barrett
Quintairos, Prieto, Wood, & Boyer, P.A.
8800 E. Raintree Dr. Suite 100

1  Scottsdale, Arizona 85260
2  dominique.barrett@qpwblaw.com
   ryan.bradway@qpwblaw.com
3  *Attorney for John Michael Defendant Reid, MD*

4

5  s/ *Valerie Hall*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26