**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E Contreras, | No. CV-20-00199-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

Pursuant to the Stipulated Motion to Dismiss and for good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Stipulated Motion (Doc. 142) is GRANTED. The above-entitled and numbered action, and all causes of action that were asserted therein against the City Defendants and all causes of action that could have been brought against the City Defendants shall be dismissed with prejudice, with each side to bear their own costs and attorneys' fees incurred.

Dated this 28th day of February, 2023.

_____
Honorable David C. Bury
United States District Judge