**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E Contreras, | No. CV-20-00199-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

This case being ready for trial, and this Court having no trial calendar availability,

**Accordingly,**

**IT IS ORDERED** that this case is transferred to the Senior United States District Court Judge for the District of Arizona, the Honorable Raner C. Collins, pursuant to LRCIV.42.1(e)(1)(3), "for reasons of judicial economy and the availability of judicial resources."

**IT IS FURTHER ORDERED** that all future proceedings shall be before the Senior United States District Court Judge Collins and all future filings shall carry the case number designation as follows: CV 4:20-199 TUC-RCC.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this

/////
/////
/////
/////

1  Order to the Chief Judge for the United States District Court of the United States for the

2  District of Arizona, the Honorable G. Murry Snow.

3       Dated this 5th day of March, 2023.

Honorable David C. Bury
United States District Judge